## LITTLER MENDELSON®

A PROFESSIONAL CORPORATION

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

COLORADO

CONNECTICUT

DISTRICT OF
COLUMBIA

FLORIDA

GEORGIA

ILLINOIS

INDIANA

MASSACHUSETTS

MINNESOTA

MISSOURI

NEVADA

NEW JERSEY

NEW YORK

NORTH CAROLINA

OHIO

OREGON

PENNSYLVANIA

RHODE ISLAND

SOUTH CAROLINA

TEXAS

VIRGINIA

WASHINGTON

November 8, 2007

Katherine E. Bierma Pregel
Direct: 202.789..3412
Direct Fax: 202.842.0011
kbpregel@littler.com

**FILED ELECTRONICALLY VIA ECF**

Hon. Rosemary M. Collyer, U.S.D.J.
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    John Flynn, *et al.* v. Titan Stone, *et al.*
       Case 1:07-cv-01846

Dear Judge Collyer:

I write, with the consent of Plaintiffs' counsel, to respectfully request that the Court extend by 30 days, until December 19, 2007, the time for Defendants, Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC (collectively, "Titan Interiors"), to move, answer or otherwise appear with respect to the Complaint.

This brief extension is necessary for the following reason. We understand that Titan Interiors first learned about this ERISA action on October 30, 2007, when it received a summons and copy of the Complaint at its Fairfield, New Jersey offices. Based upon that service date, Titan Interior's Answer is currently due on Monday, November 19. Our firm was retained to represent Titan Interiors in this action early this week, at which time we were advised of the Answer's due date. As of this writing, we have only reviewed the Complaint, but have not obtained any additional documents or information from our client relevant to Plaintiffs' factual allegations and legal claims, which Titan Interiors intends to vigorously contest.

This brief extension will permit us time to investigate the Complaint allegations and prepare an Answer, and will not prejudice Plaintiffs' rights or delay this action's prosecution. Accordingly, we respectfully request that Your Honor grant this extension request and permit Titan Interiors to file its Answer by close of business December 19. I have enclosed for Your Honor's convenience a proposed Order consistent with this request.

Hon. Rosemary M. Collyer, U.S.D.J.
November 8, 2007
Page 2

Thank you in advance for Your Honor's courtesies.

Respectfully submitted,

Katherine E. Bierma Pregel

Enclosure (filed via ECF)

cc:     Ira R. Mitzner, Esq. (w/encl. via facsimile, first-class mail and ECF)

# ATTACHMENT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, JAMES BOLAND, GERALD
O'MALLEY, KEN LAMBERT, GERARD
SCARANO, H. J. BRAMLETT, EUGENE
GEORGE, PAUL SONGER, WILLIAM
MCCONNELL, CHARLES VELARDO,
MATTHEW AQUILINE, GREGORY R. HESS,
MICHAEL SCHMERBECK, VINCENT
DELAZZERO, and BENJAMIN CAPP
as Trustees of, and on behalf of, the
BRICKLAYERS & TROWEL TRADES
INTERNATIONAL PENSION FUND,
   620 F Street, N.W.
   Washington, DC  20004
   (202) 783-3788,

  and

JIM ALLEN, MATTHEW AQUILINE, LON
BEST, JAMES BOLAND, TED CHAMP,
RAYMOND CHAPMAN, VINCENT
DELAZZARO, BRUCE DEXTER, JOHN FLYNN,
EUGENE GEORGE, GREGORY HESS, FRED
KINATEDER, DAN KWIATKOWSKI, KEN
LAMBERT, SANTO LANZAFAME, DICK
LAUBER, WILLIAM MCCONNELL, EDWARD
NAVARRO, GERLAD O'MALLEY, JOHN
PHILLIPS, CHARLES RASO, MARK ROSE,
KEVIN RYAN, GERARD SCARANO, MICHAEL
SCHMERBECK, PAUL SONGER, JOSEPH
SPERANZA, and FRED VAUTOUR
as Trustees of, and on behalf of, the


INTERNATIONAL MASONRY INSTITUTE,
   620 F Street, N.W.
   Washington, DC  20004
   (202) 783-3788

        Plaintiffs,

        v.

**Case No.: 1:07-cv-01846 (RMC)**
**Judge Rosemary M. Collyer**

**Next Scheduled Deadline:**
**Responsive Pleadings Due**
**November 19, 2007**

TITAN STONE, TILE & MASONRY, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

TITAN STONE, TILE & MASONRY OF
FLORIDA, LLC,
  730 NW 7th Street
  Fort Lauderdale, FL  33311,

TITAN INTERIORS, LLC,
  206 Route 46, Second Floor
  Fairfield, NJ  07004,

TITAN EXTERIOR WALL SYSTEMS, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

  and

TITAN STONE & TILE OF NEVADA, LLC,
  9430 Supernova Court
  Las Vegas, NV  89123,

                    Defendants.

## PROPOSED ORDER EXTENDING TIME TO MOVE, ANSWER OR OTHERWISE APPEAR WITH RESPECT TO THE COMPLAINT

This matter having been presented to the Court upon the application of Defendants, Titan

Interiors, LLC and Titan Stone & Tile of Nevada, LLC (collectively "Titan Interiors"), through

counsel, Littler Mendelson, P.C., on notice to and with the consent of Plaintiffs, through counsel,

Dickstein Shapiro LLP, for an Order extending by an additional 30 days Titan Interiors' time to

move, answer or otherwise appear with respect to the Complaint, and good cause appearing for

the entry of this Order;

      **IT IS ON** this _____ day of _____, 2007

**ORDERED** that Titan Interiors' application for an extension of time to move, answer or otherwise appear with respect to the Complaint be and the same hereby is granted; and it is further

**ORDERED** that Titan Interiors shall have up to and including December 19, 2007 to move, answer or otherwise appear with respect to the Complaint; and it is further

**ORDERED** that a copy of this Order be served upon all counsel of record within seven (7) days of the date hereof.

_____
HON. ROSEMARY M. COLLYER
United States District Court Judge for the
District of Columbia

Copies to:

Ira R. Mitzner, Esq.
Dickstein Shapiro, LLP
1825 Eye Street, NW
Washington, DC 20006

Counsel for Plaintiffs

Katherine E. Bierma Pregel, Esq.
Littler Mendelson, P.C.
1150 17th Street, NW
Suite 900
Washington, DC  20036

Counsel for Defendants
Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC