## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, JAMES BOLAND, GERALD
O'MALLEY, KEN LAMBERT, GERARD
SCARANO, H. J. BRAMLETT, EUGENE
GEORGE, PAUL SONGER, WILLIAM
MCCONNELL, CHARLES VELARDO,
MATTHEW AQUILINE, GREGORY R. HESS,
MICHAEL SCHMERBECK, VINCENT
DELAZZERO, and BENJAMIN CAPP
as Trustees of, and on behalf of, the
BRICKLAYERS & TROWEL TRADES
INTERNATIONAL PENSION FUND,
   620 F Street, N.W.
   Washington, DC 20004
   (202) 783-3788,

   and

JIM ALLEN, MATTHEW AQUILINE, LON
BEST, JAMES BOLAND, TED CHAMP,
RAYMOND CHAPMAN, VINCENT
DELAZZARO, BRUCE DEXTER, JOHN FLYNN,
EUGENE GEORGE, GREGORY HESS, FRED
KINATEDER, DAN KWIATKOWSKI, KEN
LAMBERT, SANTO LANZAFAME, DICK
LAUBER, WILLIAM MCCONNELL, EDWARD
NAVARRO, GERLAD O'MALLEY, JOHN
PHILLIPS, CHARLES RASO, MARK ROSE,
KEVIN RYAN, GERARD SCARANO, MICHAEL
SCHMERBECK, PAUL SONGER, JOSEPH
SPERANZA, and FRED VAUTOUR
as Trustees of, and on behalf of, the


INTERNATIONAL MASONRY INSTITUTE,
   620 F Street, N.W.
   Washington, DC 20004
   (202) 783-3788

           Plaintiffs,

           v.

Case No.: 1:07-cv-01846 (RMC)

TITAN STONE, TILE & MASONRY, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

TITAN STONE, TILE & MASONRY OF
FLORIDA, LLC,
  730 NW 7th Street
  Fort Lauderdale, FL  33311,

TITAN INTERIORS, LLC,
  206 Route 46, Second Floor
  Fairfield, NJ  07004,

TITAN EXTERIOR WALL SYSTEMS, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

  and

TITAN STONE & TILE OF NEVADA, LLC,
  9430 Supernova Court
  Las Vegas, NV  89123,

                    Defendants.

## MOTION TO ADMIT BRYAN M. CHURGIN *PRO HAC VICE*

**NOW COMES** Katherine E. Bierma Pregel, Esq. of Littler Mendelson, P.C., a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, and moves this court for an order admitting Bryan M. Churgin, Esq., of Littler Mendelson, P.C. to practice before this court *pro hac vice* in the above-referenced matter.

In support of this motion, attached is the Declaration by the non-member, Bryan M. Churgin, as required by Local Rule 83.2.

Dated: November 14, 2007

Respectfully submitted,

LITTLER MENDELSON, P.C.


_____/s/_____

Katherine E. Bierma Pregel
D.C. Bar No. 486615
1150 17th Street, N.W.  Suite 900
Washington, D.C.  20036
(202) 842-3400 (telephone)
(202) 842-0011 (facsimile)
kbpregel@littler.com

Bryan M. Churgin
(*Pro Hac Vice* pending)
One Newark Center – 8th Floor
Newark, New Jersey  07102
(973) 848-4700 (telephone)
(973) 643-5626 (facsimile)
bchurgin@littler.com

Counsel for Defendants
Titan Interiors, LLC and Titan Stone & Tile
of Nevada, LLC

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* was served this 14th day of November via ECF Filing upon:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, DC 20006-5403
> Counsel for Plaintiffs

> _____/s/_____
> Katherine E. Bierma Pregel

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN LAMBERT, GERARD SCARANO, H. J. BRAMLETT, EUGENE GEORGE, PAUL SONGER, WILLIAM MCCONNELL, CHARLES VELARDO, MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL SCHMERBECK, VINCENT DELAZZERO, and BENJAMIN CAPP as Trustees of, and on behalf of, the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, 620 F Street, N.W. Washington, DC 20004 (202) 783-3788, | **Case No.: 1:07-cv-01846 (RMC)** |

and

JIM ALLEN, MATTHEW AQUILINE, LON BEST, JAMES BOLAND, TED CHAMP, RAYMOND CHAPMAN, VINCENT DELAZZARO, BRUCE DEXTER, JOHN FLYNN, EUGENE GEORGE, GREGORY HESS, FRED KINATEDER, DAN KWIATKOWSKI, KEN LAMBERT, SANTO LANZAFAME, DICK LAUBER, WILLIAM MCCONNELL, EDWARD NAVARRO, GERLAD O'MALLEY, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, PAUL SONGER, JOSEPH SPERANZA, and FRED VAUTOUR as Trustees of, and on behalf of, the


INTERNATIONAL MASONRY INSTITUTE,
  620 F Street, N.W.
  Washington, DC 20004
  (202) 783-3788

          Plaintiffs,

          v.

TITAN STONE, TILE & MASONRY, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ 07029,

TITAN STONE, TILE & MASONRY OF
FLORIDA, LLC,
  730 NW 7th Street
  Fort Lauderdale, FL 33311,

TITAN INTERIORS, LLC,
  206 Route 46, Second Floor
  Fairfield, NJ 07004,

TITAN EXTERIOR WALL SYSTEMS, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ 07029,

  and

TITAN STONE & TILE OF NEVADA, LLC,
  9430 Supernova Court
  Las Vegas, NV 89123,

                    Defendants.

## DECLARATION OF BRYAN M. CHURGIN IN SUPPORT
## OF MOTION FOR ADMISSION PRO HAC VICE

I, BRYAN M. CHURGIN, do hereby state as follows:

1.    I am an attorney with the law firm of Littler Mendelson, P.C. My office address is One Newark Center, 8th Floor, Newark, New Jersey 07102. My office telephone number is 973-848-4700.

2.    I am admitted to the Bars of the States of New Jersey and New York. I am also admitted to the Bars of the United States District Court for the District of New Jersey and the Southern and Eastern Districts of New York.

3.    I am a member in good standing of each of the Bars identified above.  There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

4.    I have not been admitted *pro hac vice* in this Court within the last two years.

5.    I consent to be subject to the jurisdiction and rules of the District of Columbia Superior Court governing professional conduct and the local rules of the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 14, 2007                           /s/
                                                        Bryan M. Churgin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, JAMES BOLAND, GERALD
O'MALLEY, KEN LAMBERT, GERARD
SCARANO, H. J. BRAMLETT, EUGENE
GEORGE, PAUL SONGER, WILLIAM
MCCONNELL, CHARLES VELARDO,
MATTHEW AQUILINE, GREGORY R. HESS,
MICHAEL SCHMERBECK, VINCENT
DELAZZERO, and BENJAMIN CAPP
as Trustees of, and on behalf of, the
BRICKLAYERS & TROWEL TRADES
INTERNATIONAL PENSION FUND,
   620 F Street, N.W.
   Washington, DC  20004
   (202) 783-3788,

   and

JIM ALLEN, MATTHEW AQUILINE, LON
BEST, JAMES BOLAND, TED CHAMP,
RAYMOND CHAPMAN, VINCENT
DELAZZARO, BRUCE DEXTER, JOHN FLYNN,
EUGENE GEORGE, GREGORY HESS, FRED
KINATEDER, DAN KWIATKOWSKI, KEN
LAMBERT, SANTO LANZAFAME, DICK
LAUBER, WILLIAM MCCONNELL, EDWARD
NAVARRO, GERLAD O'MALLEY, JOHN
PHILLIPS, CHARLES RASO, MARK ROSE,
KEVIN RYAN, GERARD SCARANO, MICHAEL
SCHMERBECK, PAUL SONGER, JOSEPH
SPERANZA, and FRED VAUTOUR
as Trustees of, and on behalf of, the


INTERNATIONAL MASONRY INSTITUTE,
   620 F Street, N.W.
   Washington, DC  20004
   (202) 783-3788

           Plaintiffs,

           v.

Case No.: 1:07-cv-01846 (RMC)

TITAN STONE, TILE & MASONRY, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

TITAN STONE, TILE & MASONRY OF
FLORIDA, LLC,
  730 NW 7th Street
  Fort Lauderdale, FL  33311,

TITAN INTERIORS, LLC,
  206 Route 46, Second Floor
  Fairfield, NJ  07004,

TITAN EXTERIOR WALL SYSTEMS, INC.,
  70 Supor Boulevard, Building C
  Harrison, NJ  07029,

   and

TITAN STONE & TILE OF NEVADA, LLC,
  9430 Supernova Court
  Las Vegas, NV  89123,

                              Defendants.

## PROPOSED ORDER

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is ordered that attorney Bryan M. Churgin is hereby admitted *pro hac vice* in the above-captioned action. Katherine E. Bierma Pregel, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2.

Dated: _____        _____
                                       U.S. District Judge Rosemary M. Collyer

Copies to:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403

Counsel for Plaintiffs


Katherine E. Bierma Pregel, Esq.
Littler Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C.  20036

Bryan M. Churgin, Esq.
Littler Mendelson, P.C.
One Newark Center – 8th Floor
Newark, New Jersey  07102

Counsel for Defendants
Titan Interiors, LLC and
Titan Stone & Tile of Nevada, LLC