IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TITAN STONE, TILE & MASONRY, INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-1846 (RMC) |

**DECLARATION OF IRA MITZNER IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On October 30, 2007, service of the Summons and Complaint in this action was made upon Titan Stone, Tile & Masonry of Florida, LLC by delivering said documents at 730 NW 7th Street, Fort Lauderdale, FL 33311 upon Amy Duffy, authorized to accept service on behalf of Titan Stone, Tile & Masonry of Florida, LLC.

3. Proof of such service is provided by the Declaration of process server, Douglas R. Frew, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/25/08

Ira R. Mitzner

**Exhibit A**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

        Plaintiffs,

V.

TITAN STONE, TILE & MASONRY, INC.,
TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
TITAN INTERIORS, LLC,
TITAN EXTERIOR WALL SYSTEMS, INC.,
   and
TITAN STONE & MASONRY OF NEVADA, LLC,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:07-cv-01846
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/12/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
730 NW 7TH STREET
FORT LAUDERDALE, FL  33311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      OCT 12 2007

CLERK                                                     DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[*] | DATE 10/30/07 2:19 p.m. |
| NAME OF SERVER (PRINT) Douglas R. Frew | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G.  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

XXX Other (specify):  by serving, Amy Duffy, Office Manager, authorized to accept. Service was completed at 730 NW 7th Street, Fort Lauderdale, FL  33311

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/31/07
                    Date                        Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
                    Address of Server

```
     * Initial Electronic Case Filing Order, Notice of Right to consent
to Trial Before a United States Magistrate Judge and Attachments
```

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.