UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-1846 (RMC) |
| TITAN STONE, TILE & MASONRY, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER DIRECTING PLAINTIFFS TO COMPLETE SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if the plaintiff has not served the defendant(s) with a summons and a complaint within 120 days after the filing of the complaint, the Court may dismiss the action. Over 120 days have passed since the filing of the complaint in this action[1] and the Court has no record that Titan Stone, Tile & Masonry, Inc., and Titan Exterior Wall Systems, Inc., have been served with a summons and complaint. Accordingly, it is hereby

**ORDERED** that on or before May 19, 2008, plaintiffs must either: (1) file with the Court proof that the defendants have been served with a summons and complaint, or (2) provide the Court with a written explanation for why service of process has not been completed. If the plaintiffs fail to comply with this Order, or if the Court determines that the plaintiffs have not shown good cause for failure to comply with Rule 4(m), Titan Stone, Tile & Masonry, Inc., and Titan Exterior Wall Systems, Inc., will be dismissed from this case without prejudice.

**SO ORDERED**.

Date: April 30, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

---

[1] The Complaint was filed on October 12, 2007.