UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on October 12, 2007. The record reflects that Defendant Titan Stone, Tile & Masonry of Florida, LLC, was served with a summons and copy of the complaint on October 30, 2007. *See* Dkt. # 6. There has been no activity with regard to Defendant Titan Stone, Tile & Masonry of Florida, LLC, since it was served.

Accordingly, it is hereby

**ORDERED** that, on or before May 19, 2008, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss Titan Stone, Tile & Masonry of Florida, LLC, from this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.


Date: April 30, 2008                         /s/
                                             ROSEMARY M. COLLYER
                                             United States District Judge