IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendants, Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC, jointly submit the following report:

1. The parties believe that all or part of this case may be resolved by dispositive motions following the completion of factual discovery.

2. The parties believe that any motion to amend the pleadings or join any other party should be filed within 30 days of the date of the Court's pre-trial scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed during discovery.

3. The parties do not wish to have this case referred to a Magistrate Judge.

4. The parties believe that there is a possibility that the case can be settled.

5. Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures at this time.

2

6. The parties believe that all or part of the case may be resolved by summary judgment. The parties propose the following motion briefing schedule: Dispositive motions should be filed within 30 days of the close of fact discovery; opposing memoranda, if any, should be filed within 30 days thereafter; and reply briefs, if any, should be filed within 15 days thereafter.

7. The parties wish to dispense with the service of initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that fact discovery is required. The parties believe that a discovery end date of October 31, 2008 is appropriate for this case based upon the number of parties involved and legal and factual issues raised by the Complaint.

9. The parties do not anticipate at this time the need to retain any expert witnesses in this case. However, the parties reserve the right to name and/or rely upon expert witnesses at a later date if need arises.

10. Not applicable (as to class actions).

11. The parties agree that it is unnecessary to bifurcate or manage in phases the discovery or trial phase of this case.

12. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: May 5, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

By: _____/s_____
Katherine E. Bierma Pregel, DC Bar 486615
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036
T: (202) 842-3400
F: (202) 842-0011

Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311
T: (973) 848-4700
F: (973) 643-5626

Attorneys for Defendants
Titan Interiors, LLC and
Titan Stone & Tile of Nevada, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,                        )
                                           )
        Plaintiffs,                       )
                                           )
    v.                                     )   Civil Action No. 07-1846 (RMC)
                                           )
TITAN STONE, TILE & MASONRY, INC., et      )
al.,                                       )
                                           )
        Defendants.                       )
                                           )

## ORDER

Any other parties shall be joined or the pleadings amended within 30 days of the issuance of the Court's scheduling order. Discovery will be permitted until October 31, 2008. Dispositive motions shall be filed within 30 days of the close of fact discovery; opposing memoranda shall be filed within 30 days thereafter; and reply briefs shall be filed within 15 days thereafter.

**SO ORDERED**, this _____ day of _____, 2008.

                                               _____
                                               United States District Judge
                                               Rosemary C. Collyer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

        Plaintiffs,

v.

TITAN STONE, TILE & MASONRY, INC., et al.,

        Defendants.

Civil Action No. 07-1846 (RMC)

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Katherine E. Bierma Pregel, Esquire
    LITTLER MENDELSON, P.C.
    1150 17th Street, NW
    Suite 900
    Washington, DC 20036

    Bryan M. Churgin, Esquire
    Russell J. McEwan, Esquire
    LITTLER MENDELSON, P.C.
    One Newark Center
    8th Floor
    Newark, NJ 07102

    TITAN EXTERIOR WALL SYSTEMS, INC.
    70 Supor Boulevard, Building C
    Harrison, NJ 07029

    TITAN STONE, TILE & MASONRY, INC.
    70 Supor Boulevard, Building C
    Harrison, NJ 07029

2435789

2

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
730 NW 7th Street
Fort Lauderdale, FL  33311

2435789