IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN STONE, TILE & MASONRY, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1846 (RMC) |

## DECLARATION OF IRA MITZNER IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1. I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2. On April 14, 2008, service of the Summons and Complaint in this action was made upon Titan Exterior Wall Systems, Inc. by delivering said documents at 70 Supor Boulevard Building C, Harrison, NJ 07029 upon Pat Costiclar, authorized to accept service on behalf of Titan Exterior Wall Systems, Inc.

3. Proof of such service is provided by the Declaration of process server, Duane Santos, attached hereto as Exhibit A.

4. On April 14, 2008, service of the Summons and Complaint in this action was made upon Titan Stone, Tile & Masonry, Inc. by delivering said documents at 70 Supor Boulevard Building C, Harrison, NJ 07029 upon Pat Costiclar, authorized to accept service on behalf of Titan Stone, Tile & Masonry, Inc.

5. Proof of such service is provided by the Declaration of process server, Duane Santos, attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/5/08

Ira R. Mitzner

**Exhibit A**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

      Plaintiffs,

      V.

TITAN STONE, TILE & MASONRY, INC.,
TITAN STONE, TILE & MASONRY OF FLORIDA, LLC,
TITAN INTERIORS, LLC
TITAN EXTERIOR WALL SYSTEMS, INC.,
    and
TITAN STONE & TILE OF NEVADA, LLC,

**SUMMONS IN A CIVIL CASE**

*Dough R. Trans CPS #111*
*11/17/07*

CASE NUMBER:

Case: 1:07-cv-01846
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/12/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

TITAN EXTERIOR WALL SYSTEMS, INC.
70 SUPOR BOULEVARD, BUILDING C
HARRISON, NJ  07029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**      OCT 12 2007

CLERK                                          DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 04-14-08 @ 12:30 pm |
| NAME OF SERVER (PRINT) Duane Santos | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by serving Pat Costiclar, Shop Manager, authorized to accept. Service was completed at 70 Supopr Boulevard, Building C, Harrison, NJ 07029

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-15-08
          Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

\* Notice of Right to Consent to trial Before United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Exhibit B**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

        Plaintiffs,

V.

TITAN STONE, TILE & MASONRY, INC.,
TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
TITAN INTERIORS, LLC,
TITAN EXTERIOR WALL SYSTEMS, INC.,
    and
TITAN STONE & TILE OF NEVADA, LLC,

        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Case: 1:07-cv-01846
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/12/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

TITAN STONE, TILE & MASONRY, INC.
70 SUPOR BOULEVARD, BUILDING C
HARRISON, NEW JERSEY 07029

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      OCT 12 2007

CLERK      DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] * | 04-14-08 @ 12:30 pm |

| NAME OF SERVER (PRINT)<br>Duane Santos | TITLE<br>Private Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  by serving Pat Costiclar, Shop Manager, authorzed to accept. Service was completed at 70 Supor Boulevard, Building C, Harrison, NJ 07029

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-15-08
              Date            Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

Address of Server

\* Notice of Right to Consent to Trial Before United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration of Ira Mitzner in Support of Service of Summons and Complaint and related exhibits, were served by first class mail, postage prepaid, this 6 day of May 2008, upon:

        TITAN EXTERIOR WALL SYSTEMS, INC.
        70 Supor Boulevard, Building C
        Harrison, NJ 07029

        TITAN STONE, TILE & MASONRY, INC.
        70 Supor Boulevard, Building C
        Harrison, NJ 07029

_/s/ Deborah Payne_
Deborah Payne

2435963