CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
    Plaintiff(s)

vs.

Civil Action No. 07-1846 (RMC)

TITAN STONE, TILE & MASONRY, INC., et al.,
    Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 5 day of May, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Titan Exterior Wall Systems, Inc. and Titan Stone, Tile & Masonry, Inc. was [were] (select one):

☑   personally served with process on March 14, 2008.

☐   served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐   served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐   The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑   no extension has been given and the time for filing has expired
☐   although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

DICKSTEIN SHAPIRO LLP
1825 Eye St. NW
Washington, DC 20006
(202) 420-2200

184564
Bar Id. Number

Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default, was served by first class mail, postage prepaid, this ___ 6 day of May 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

_Deborah Payne_
Deborah Payne

2436106