IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) ) Case No. 1:CV 07-1846 (RMC) |
| TITAN STONE, TILE & MASONRY, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF FILING OF AMENDED AFFIDAVIT IN SUPPORT OF DEFAULT**

Plaintiffs hereby provide notice of the filing of an Amended Affidavit in Support of Default in the above-captioned action. Due to an inadvertent typographical error, the date of service on Defendants, Titan Exterior Wall Systems, Inc., and Titan Stone, Tile & Masonry, Inc. was stated as March 14, 2008. The correct date was April 14, 2008. The attached Amended Affidavit in Support of Default states the correct date on which these Defendants were served with process.

Dated: May 8, 2008

By: _____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

*Attorneys for Plaintiffs*

2438165

CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
  Plaintiff(s)

vs.                                       Civil Action No. 07-1846 (RMC)

TITAN STONE, TILE & MASONRY, INC., et al.
  Defendant(s)

## AMENDED AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __8th__ day of __May__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Titan Exterior Wall Systems, Inc. and Titan Stone, Tile & Masonry, Inc. was [were] (select one):

☒ personally served with process on __April 14, 2008__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
☒ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_[signature]_
Attorney for Plaintiff(s) [signature]
IRA R. MITZNER
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
(202) 420-2200

184564
Bar Id. Number                    Name, Address and Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. )
) Case No. 1:CV 07-1846 (RMC)
TITAN STONE, TILE & MASONRY, INC., et al., )
)
Defendants. )
)

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Katherine E. Bierma Pregel, Esquire
    LITTLER MENDELSON, P.C.
    1150 17th Street, NW
    Suite 900
    Washington, DC 20036

    Bryan M. Churgin, Esquire
    Russell J. McEwan, Esquire
    LITTLER MENDELSON, P.C.
    One Newark Center
    8th Floor
    Newark, NJ 07102

    TITAN EXTERIOR WALL SYSTEMS, INC.
    70 Supor Boulevard, Building C
    Harrison, NJ 07029

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ  07029

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
730 NW 7th Street
Fort Lauderdale, FL  33311

2438179

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default, was served by first class mail, postage prepaid, this _8_ day of May 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ  07029

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ  07029

MELINDA S. GENTILE, ESQ.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301

_____
Deborah Payne

2436106