Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
_____

      Plaintiff(s)

         v.

Civil Action No. **07-1846 (RMC)**
_____

TITAN STONE, TILE & MASONRY, INC., et
al._____

      Defendant(s)

RE:  TITAN STONE, TILE & MASONRY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action

though duly served  with summons and copy of the complaint    on    April 14, 2008    , and an

affidavit on behalf of the plaintiff having been filed, it is this _9th_ day of ___May___ , _2008_ declared

that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Carrier_____
                Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
_____

      Plaintiff(s)

    V.

Civil Action No. **07-1846 (RMC)** ___

TITAN STONE, TILE & MASONRY, INC., et
al. _____

      Defendant(s)

RE:  TITAN EXTERIOR WALL SYSTEMS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 14, 2008 , and an affidavit on behalf of the plaintiff having been filed, it is this 9th day of ___ May ___ 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: ___T. Gunier_____
                        Deputy Clerk