IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN FLYNN, et al., )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, 　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　) | Case No. 1:07-CV-01846 (RMC) |
| TITAN STONE, TILE & MASONRY, INC., )<br>et al., 　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　) |  |

### JOINT STATEMENT OF STATUTORY BASIS FOR ALL CAUSES OF ACTION AND BRIEF STATEMENT OF CASE

#### Jurisdiction and Venue

1. This is an action brought by the fiduciaries of the Bricklayers & Trowel Trades International Pension Fund ("IPF" or "Fund") and the fiduciaries of the International Masonry Institute ("IMI") to enforce the terms of the Plan and Trust Agreements adopted by the IPF and IMI, and the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). This action arises under the laws of the United States, specifically Section 502(a)(3), 502(g)(2), and 515 of ERISA, 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), 1145. Pursuant to Section 502(e)(1) of ERISA, 29 U.S.C. § 1132(e)(1), jurisdiction is therefore conferred on this Court as to the claims brought on behalf of the IPF and IMI.

2. Plaintiffs aver that the IPF and IMI are administered in the District of Columbia and that venue for the claims asserted by the IPF and IMI is conferred on this Court pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2), which provides:

> (2) Where an action under this subchapter is brought in a district court of the United States, it may be brought in the district where the plan is administered, where the breach took place, or where a defendant

2439574

resides or may be found, and process may be served in any other district where a defendant resides or may be found.

### Brief Statement of Case[1]

3. This is an action brought by fiduciaries of an ERISA fund to collect alleged employer delinquencies.

4. Plaintiffs assert that Defendant Titan Interiors, LLC has executed collective bargaining agreements with local union(s) of the International Union of Bricklayers and Allied Craftworkers that obligate Defendant to submit monthly reports and contributions for work performed covered by the agreements. Upon information and belief, Titan Stone, Tile & Masonry, Inc., Titan Stone, Tile & Masonry of Florida, LLC, Titan Interiors, LLC, Titan Exterior Wall Systems, Inc. and Titan Stone & Tile of Nevada, LLC are and were, at all relevant times, alter egos in that, *inter alia,* they were under common control, and they operated from the same building, engaged in the same business, shared some of the same employees, members, officers, and owners, were operated and controlled by the same individual(s), and/or intermingled assets.

5. Plaintiffs are currently conducting an audit of the books and records of Defendant, Titan Interiors, LLC, performed by the independent accounting firm of Calibre CPA Group, PLLC. At the present time, Plaintiffs have determined through shop steward reports that Titan Interiors, LLC owes Plaintiffs the amount of $10,322.34 which represents contributions, interest calculated at 15 percent per annum, and an additional computation of interest calculated at 15 percent per annum from the Due Date through October 10, 2007 for covered work performed by Titan Interiors, LLC and/or its subcontractors during the months of March 2006, April 2006, May 2006 and September 2006 within the geographic jurisdiction of the Local 4 New Jersey Funds. The amounts owed for

---

[1] The Parties filed a Joint Report under Local Civil Rule 16.3 on May 5, 2008.

covered work performed by Titan Interiors, LLC and/or its subcontractors during other periods is not yet known because the audit is currently taking place.

6. On October 30, 2007, Plaintiffs served process on Titan Stone, Tile & Masonry of Florida, LLC. The parties are currently engaged in settlement discussions. On April 14, 2008, Plaintiffs served process on Titan Stone, Tile & Masonry, Inc. On May 9, 2008, the Court entered Default against Titan Stone, Tile & Masonry, Inc. On May 14, 2008, counsel for Titan Stone, Tile & Masonry, Inc. contacted Plaintiffs' counsel and requested until May 30, 2008, to enter an answer. Defendant's Counsel has agreed to accept service. Plaintiffs' agreed to withdraw their Notice of Default. On April 14, 2008, Plaintiffs served process on Titan Exterior Wall Systems, Inc. On May 9, 2008, the Court entered Default against Titan Exterior Wall Systems, Inc. Plaintiffs intend to file a Motion for Default Judgment against Titan Exterior Wall Systems, Inc. by June 7, 2008.

7. Defendants Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC deny that any benefit fund contributions are due or owing to Plaintiffs, or that any legal or factual basis exists to deem either company an alter ego employer with the co-defendants.

Dated: May 15, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

2439574

By: _____/s_____
Katherine E. Bierma Pregel, DC Bar 486615
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036
T: (202) 842-3400
F: (202) 842-0011

Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311
T: (973) 848-4700
F: (973) 643-5626

Attorneys for Defendants
Titan Interiors, LLC and
Titan Stone & Tile of Nevada, LLC

2439574

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Joint Statement of Statutory Basis for all Causes of Action and Brief Statement of Case to be served by first-class mail, this 15 day of May, 2008, upon:

>TITAN EXTERIOR WALL SYSTEMS, INC.
>70 Supor Boulevard, Building C
>Harrison, NJ 07029
>
>TITAN INTERIORS, LLC, and
>TITAN STONE & TILE OF NEVADA, LLC
>c/o Katherine E. Bierma Pregel
>LITTLER MENDELSON, P.C.
>1150 17th Street, NW
>Suite 900
>Washington, DC 20036
>
>TITAN INTERIORS, LLC, and
>TITAN STONE & TILE OF NEVADA, LLC
>c/o Russell J. McEwan (admitted *pro hac vice*)
>Bryan M. Churgin (admitted *pro hac vice*)
>LITTLER MENDELSON, P.C.
>One Newark Center
>8th Floor
>Newark, NJ 07102-5311
>
>TITAN STONE, TILE & MASONRY, INC.
>70 Supor Boulevard, Building C
>Harrison, NJ 07029
>
>TITAN STONE, TILE & MASONRY, INC.
>c/o Angelo R. Bianchi
>80 Orchard Street
>Bloomfield, NJ 07003

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esq.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301


_____
Chanda Morgan