IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TITAN STONE, TILE & MASONRY, INC., et al., <br><br> Defendants. | Case No. 1:CV 07-01846 <br> Hon. Rosemary M. Collyer |

**PLAINTIFFS' RESPONSE TO APRIL 30, 2008 ORDER TO
COMPLETE SERVICE OF PROCESS**

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's April 30, 2008 Order Directing Plaintiffs to Complete Service of Process.

Plaintiffs completed service upon Defendants, Titan Stone, Tile & Masonry, Inc. and Titan Exterior Wall Systems, Inc. on April 14, 2008. On May 6, 2008, Plaintiffs filed Returns of Service for Titan Stone, Tile & Masonry, Inc. and Titan Exterior Wall Systems, Inc. with the Court. On May 8, 2008, Plaintiffs filed an Amended Affidavit in Support of Default, and on May 9, 2008, the Court entered default against the aforementioned Defendants.

2441754

2

Accordingly, the Plaintiffs respectfully request that this case not be dismissed.

Date: May 16, 2008               Respectfully submitted,

                                 By:    /s/
                                    Ira R. Mitzner, (DC Bar No. 184564)
                                    Charles V. Mehler III, (DC Bar No.475909)
                                    DICKSTEIN SHAPIRO LLP
                                    1825 Eye Street, N.W.
                                    Washington, DC  20006
                                    (202) 420-2234

                                    Attorneys for Plaintiffs

2441754

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiffs' Response to the April 30, 2008 Order to Complete Service of Process, to be served by first-class mail, this 16 day of May, 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Katherine E. Bierma Pregel
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN STONE, TILE & MASONRY, INC.
c/o Angelo R. Bianchi
80 Orchard Street
Bloomfield, NJ 07003

2441754

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esq.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301

_____
Chanda Morgan