IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:CV 07-01846 |
| | ) Hon. Rosemary M. Collyer |
| TITAN STONE, TILE & MASONRY, INC., et al., | ) |
| Defendants. | ) |

## PLAINTIFFS' RESPONSE TO APRIL 30, 2008 ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE

Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund, and Trustees of the International Masonry Institute ("Funds"), by their attorneys, hereby respond to the Court's April 30, 2008 Order to Show Cause as to why this action should not be dismissed for failure to prosecute. As explained below, Plaintiffs have been and currently are engaged in settlement discussions with Defendant, Titan Stone, Tile & Masonry of Florida, LLC, in an effort to resolve this action in a manner that limits the legal fees incurred by all parties and does not waste the Court's time. Because these discussion have not yet resulted in a settlement of this matter, Plaintiffs are filing for default on the same date as this Response. If the matter cannot be resolved following completion of the parties' settlement discussions, the Plaintiffs will file a Motion for Default Judgment.

1. The Plaintiffs filed the Complaint in this action on October 12, 2007, seeking payment of moneys due the Funds as determined by an Audit prepared for the Funds by the independent accounting firm of Gordon & Schwartz, PA. Titan Stone, Tile & Masonry of Florida, LLC has never answered the Complaint.

2440247

2

2. Prior to filing the Complaint, Plaintiffs' counsel made demand to Defendant for moneys due as determined by the audit. From the October 12, 2007 filing of the Plaintiffs' Complaint forward, the parties have been engaged in settlement discussions regarding the amounts due under the Audit.

3. Because these settlement discussions have not yet resolved the mater, the Plaintiffs therefore are filing for a default this same date. If the matter cannot be resolved following completion of the parties' settlement discussions, the Plaintiffs will file a Motion for Default Judgment.

Accordingly, the Plaintiffs respectfully request that this case not be dismissed for failure to prosecute and that Plaintiffs be afforded time within which to file a Motion for Default Judgment and/or otherwise resolve this matter.

Date: May 16, 2008                    Respectfully submitted,


                                      By: _____/s_____
                                          Ira R. Mitzner, (DC Bar No. 184564)
                                          Charles V. Mehler III, (DC Bar No.475909)
                                          DICKSTEIN SHAPIRO LLP
                                          1825 Eye Street, N.W.
                                          Washington, DC 20006
                                          (202) 420-2234

                                          Attorneys for Plaintiffs

2440247

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiffs' Response to April 30, 2008 Order to Show Cause for Failure to Prosecute to be served by first-class mail, this 16 day of May, 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Katherine E. Bierma Pregel
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN STONE, TILE & MASONRY, INC.
c/o Angelo R. Bianchi
80 Orchard Street
Bloomfield, NJ 07003

2440247

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esq.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301


_____
Chanda Morgan