CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
　　Plaintiff(s)

vs.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 07-1846 (RMC)

TITAN STONE, TITLE & MASONRY, INC., et al.,
　　Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

　　I hereby certify under penalty of perjury, this __16__ day of __May__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Titan Stone, Tile & Masonry of Florida, LLC__
(was)[were] (select one):

　　☑　personally served with process on __October 30, 2007__.

　　☐　served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

　　☐　served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

　　☐　The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

　　I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
　　☐　no extension has been given and the time for filing has expired
　　☑　although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

　　The Clerk is requested to enter a Default against said defendant(s).

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Ira R. Mitzner_
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff(s) [signature]
　　　　　　　　　　　　　　　　　　　　　　　　　　IRA R. MITZNER
　　　　　　　　　　　　　　　　　　　　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　1825 Eye Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
184564　　　　　　　　　　　　　　　　　　　　　　(202) 420-2200
Bar Id. Number　　　　　　　　　　　　　　　　　　Name, Address and Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Affidavit in Support of Default, to be served by first-class mail, this 16 day of May, 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Katherine E. Bierma Pregel
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311

TITAN STONE, TILE & MASONRY, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN STONE, TILE & MASONRY, INC.
c/o Angelo R. Bianchi
80 Orchard Street
Bloomfield, NJ 07003

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esq.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301

_____
Chanda Morgan