Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.

    Plaintiff(s)

V.

Civil Action No. 07-1846 (RMC)

TITAN STONE, TILE & MASONRY, INC., et al.

    Defendant(s)

RE: TITAN STONE, TILE & MASONSRY OF FLORIDA, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 30, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: T. Gumiel
Deputy Clerk