**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:07-CV-01846 (RMC) |
| TITAN STONE, TILE & MASONRY, INC., et al. | ) |
| Defendants. | ) |

## MOTION TO ADMIT ANGELO R. BIANCHI, ESQUIRE, *PRO HAC VICE*

Now comes James Edward Rubin, of the Rubin Employment Law, P.C., a member in good standing of the District of Columbia and the United States District Court of the District of Columbia, and moves this Court for an order admitting Angelo R. Bianchi, Esquire, of Bianchi & Bianchi, LLC, to practice before this Court *pro hac vice* in the above captioned matter.

In support of this motion, attached is the Declaration by non-member, Angelo R. Bianchi, as required by Local Rule 83.2.

Respectfully submitted,

\_\_\_/s/_____
James Edward Rubin, (Bar No. 456945)
The Rubin Employment Law Firm, PC
11 North Washington Street
Suite 520
Rockville, MD  20850
(301) 760 7914
(301) 760 7234
jrubin@rubinemploymentlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served by first class mail this 29th day of May to the following:

Titan Exterior Wall Systems, Inc.
80 Supor Boulevard, Building C
Harrison, NJ 07029

Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC
c/o Katherine E. Bierma Pregel, Esquire
Littler Mendelson, P.C.
1150 17th Street, NW, Suite 900
Washington, DC 20036

Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC
c/o Russel J. McEwan, Esquire
Brian Churgin, Esquire
One Newark Center, 8th Floor
Newark, NJ 07102

Titan Stone & Masonry, Inc.
Angelo R. Bianchi, Esquire
80 Orchard Street
Bloomfield, NJ 07003

Titan Stone and Masonry of Florida, LLC
c/o Melinda S. Gentile, Esquire
401 East Los Olas Blvd.
Suite 1600
Fort Lauderdale, FL 33301

Plaintiffs
c/o Ira R. Mitzner
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403

                                                                                                            /s/_____
                                                                                                            James Edward Rubin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, ) | |
| INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is

**Ordered** that attorney Angelo R. Bianchi is hereby admitted *pro hac vice* in the above-captioned action.  James Edward Rubin, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2


Dated: _____

U.S. District Judge Rosemary Collier

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF ANGELO R. BIANCHI, ESQUIRE, IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Angelo R. Bianchi, do hereby state as follows:

1. I am an attorney with the law firm of Bianchi & Bianchi, LLC. My office address is 80 Orchard Street, Bloomfield, NJ 07003. My telephone number is (973) 680-9900.

2. I am admitted to the Bars of the States of New Jersey and New York. I am also admitted to the United States Supreme Court and the Bars of the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals 3rd Circuit, 2nd Circuit and 5th Circuit.

3. I am a member in good standing of each of the Bars identified above. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred or resigned from the practice of law in any jurisdiction.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

1

2

5. I consent to be subject to the jurisdiction and rules of the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:        May 29, 2008        __/s/_____
                                  Angelo R. Bianchi

2