IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, INC., ) | |
| et al., ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION TO WITHDRAW ENTRY OF DEFAULT AND INCORPORATED MEMORANDUM IN SUPPORT

Plaintiffs, Trustees of the Bricklayers & Trowel Trades International Pension Fund ("Fund"), move to withdraw the Court's May 9, 2008 entry of default against Defendant Titan Stone, Tile & Masonry, Inc. ("Titan Stone"). Defendant's counsel has recently raised an issue as to whether Defendant was ever served with the Summons, Complaint, Initial Electronic Case Filing Order and Notice of Consent to Trial Before a U.S. Magistrate Judge in this action, despite the declaration of Process Server Duane Santos that the service was successfully completed on April 14, 2008 upon Pat Costiclar, authorized to accept service, at Defendant's address of record. Although Plaintiffs believe that service was proper, Angelo R. Bianchi, Counsel for Titan Stone, has agreed to accept service of process (*see* Exhibit 1). On May 29, 2008, Titan Stone filed its

answer in this action. In the interest of fairness, Plaintiffs therefore request that the Court withdraw the May 9, 2008 entry of default.

Dated: May 30, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

DSMDB-2440944v01

**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, INC., ) | Notice and Acknowledgment of Receipt |
| et al., ) | of Summons, Complaint, Initial Electronic |
| Defendants. ) | Case Filing Order, and Notice of Right to |
| ) | Consent to Trial Before a U.S. Magistrate Judge |

## NOTICE

To: Titan Stone, Tile & Masonry, Inc. c/o Angelo R. Bianchi, 80 Orchard Street, Bloomfield, NJ 07003.

Pursuant to Federal Rule of Civil Procedure 4(e)(1), which authorizes service of process pursuant to the law "in the state where the district court is located," a copy of the Summons, addressed to Titan Stone, Tile & Masonry, Inc., a copy of the Complaint, the Initial Electronic Case Filing Order, and Notice of Right to Consent to Trial before a U.S. Magistrate Judge have been served upon you in accordance with Rule 4(c)(4) of the Rules of Civil Procedure of the Superior Court of the District of Columbia.

You must sign and date the Acknowledgment. You have been served on behalf of a corporation. Therefore, we have indicated your authority under your signature block.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving Summons, Complaint, Initial Electronic Case Filing Order, and Notice of Right to Consent to Trial before a U.S. Magistrate Judge in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the Complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken for the relief demanded in the Complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Electronic Case Filing Order, and Notice of Right to Consent to Trial before a U.S. Magistrate Judge were sent by First-Class U.S. Mail Return Receipt Requested on May 21, 2008.

_5/21/08_  
Date of Signature

By: _[signature]_  
Ira R. Mitzner, DC Bar No. 184564  
Charles V. Mehler III, DC Bar No. 475909  
Johnisha Matthews, DC Bar No. 492478  
DICKSTEIN SHAPIRO LLP  
1825 Eye Street, N.W.  
Washington, DC 20006-5403  
(202) 420-2234  

Attorneys for Plaintiffs  
John Flynn, et al.

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
COMPLAINT, NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE A U.S.
MAGISTRATE JUDGE AND INITIAL ELECTRONIC CASE FILING ORDER

I received a copy of the Summons addressed to Titan Stone, Tile & Masonry, Inc., a copy of the Complaint, a copy of the Initial Electronic Case Filing Order, and Notice of Right to Consent to Trial before a U.S. Magistrate Judge in the above-captioned matter at the Law Offices of Angelo R. Bianchi, 80 Orchard Street, Bloomfield, NJ 07003, and accept service on behalf of Titan Stone, Tile & Masonry, Inc.

_5-27-08_  
Date of Signature

By: _[signature]_  
Angelo R. Bianchi, Esq.  
Counsel to Defendant, Titan Stone, Tile  
& Masonry, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al., )
)
Plaintiffs, )
)
v. ) Case No. 1:07-CV-01846 (RMC)
)
TITAN STONE, TILE & MASONRY, INC., )
et al., )
Defendants. )
)

## ORDER

Upon consideration of Plaintiffs' Motion to Withdraw Entry of Default, and incorporated memorandum in support, the Court finds that Plaintiffs' Motion to Withdraw Entry of Default should be granted, without prejudice. **ACCORDINGLY,** it is hereby

**ORDERED,** that Plaintiffs' motion be, and it hereby is, **GRANTED.**

**SO ORDERED,** this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

DSMDB-2441359

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Plaintiffs' Motion to Withdraw Entry of Default and Incorporated Memorandum In Support, Proposed Order, and Plaintiffs' Local Rule 7(k) Statement to be served by first-class mail, this 30 day of May, 2008, upon:

> TITAN EXTERIOR WALL SYSTEMS, INC.
> 70 Supor Boulevard, Building C
> Harrison, NJ 07029
>
> TITAN INTERIORS, LLC, and
> TITAN STONE & TILE OF NEVADA, LLC
> c/o Katherine E. Bierma Pregel
> LITTLER MENDELSON, P.C.
> 1150 17th Street, NW
> Suite 900
> Washington, DC 20036
>
> TITAN INTERIORS, LLC, and
> TITAN STONE & TILE OF NEVADA, LLC
> c/o Russell J. McEwan (admitted *pro hac vice*)
> Bryan M. Churgin (admitted *pro hac vice*)
> LITTLER MENDELSON, P.C.
> One Newark Center
> 8th Floor
> Newark, NJ 07102-5311
>
> TITAN STONE, TILE & MASONRY, INC.
> James Edward Rubin
> The Rubin Employment Law Firm, P.C.
> 11 North Washington Street
> Suite 520
> Rockville, MD 20850
>
> TITAN STONE, TILE & MASONRY, INC.
> c/o Angelo R. Bianchi
> 80 Orchard Street
> Bloomfield, NJ 07003

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esq.
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL  33301

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
730 NW 7th Street
Fort Lauderdale, FL  33311

_____
Chanda Morgan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,

        Plaintiffs,

v.     Civil Action No. 07-1846 (RMC)

TITAN STONE, TILE & MASONRY, INC., et al.,

        Defendants.

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esquire
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, D.C. 20006-5403

    Katherine E. Bierma Pregel, Esquire
    LITTLER MENDELSON, P.C.
    1150 17th Street, NW
    Suite 900
    Washington, DC 20036

    Bryan M. Churgin, Esquire
    Russell J. McEwan, Esquire
    LITTLER MENDELSON, P.C.
    One Newark Center
    8th Floor
    Newark, NJ 07102

    TITAN EXTERIOR WALL SYSTEMS, INC.
    70 Supor Boulevard, Building C
    Harrison, NJ 07029

2441372

2

James Edward Rubin
THE RUBIN EMPLOYMENT LAW FIRM, P.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
730 NW 7th Street
Fort Lauderdale, FL 33311