IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 07-cv-01846 RMC |
| TITAN STONE, TILE & MASONRY, INC., ET AL., | ) ) ) |
| Defendants. | ) ) |

**DEFENDANT TITAN STONE, TILE & MASONRY OF FLORIDA, LLC'S
LOCAL CIVIL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Titan Stone, Tile & Masonry of Florida, LLC, certify that to the best of my knowledge and belief, there are NO parent companies, subsidiaries or affiliates of Titan Stone, Tile & Masonry of Florida, LLC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

 /s/  Nick R. Hoogstraten
NICK R. HOOGSTRATEN
DC Bar No. 413045
**PECKAR & ABRAMSON, P.C.**
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C.  20036
Telephone: (202) 293-8815
Facsimile:  (202) 293-7994
nhoogstraten@pecklaw.com

Attorney of Record for Titan Stone, Tile &
Masonry of Florida, LLC

1