IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-cv-01846 RMC |
| TITAN STONE, TILE & MASONRY, INC., ET AL., | ) |
| Defendants. | ) |

**CONSENT MOTION AND INCORPORATED MEMORNANDUM IN SUPPORT
TO SET ASIDE ENTRY OF DEFAULT
AS TO TITAN STONE, TILE & MASONRY OF FLORIDA, LLC**

Defendant, Titan Stone, Tile & Masonry of Florida, LLC ("Titan Stone Florida"), pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, hereby moves to set aside the Court's Entry of Default dated May 19, 2008 as to Titan Stone Florida (Docket #19) and states:

On or about October 30, 2007, Plaintiffs served Titan Stone Florida with its Complaint. Thereafter, Plaintiffs and Titan Stone Florida engaged in prolonged settlement discussions and/or otherwise tried to resolve this matter. Although Titan Stone Florida believes service was not properly effectuated, Titan Stone Florida filed its Answer and Affirmative Defenses to Plaintiffs' Complaint on or about May 30, 2008 (Docket No. 24).

In the interests of fairness and resolving disputes on their merits, the entry of default should be set aside. Counsel for Plaintiffs has authorized undersigned counsel to represent to this Honorable Court that Plaintiffs consent to this Motion.

2

**WHEREFORE**, Defendant, Titan Stone Florida requests that the Court set aside the May 19, 2008 Entry of Default as to Titan Stone, Tile & Masonry of Florida, LLC.

Respectfully submitted,

 /s/  Nick R. Hoogstraten
NICK R. HOOGSTRATEN
DC Bar No. 413045
**PECKAR & ABRAMSON, P.C.**
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C.  20036
Telephone: (202) 293-8815
Facsimile:  (202) 293-7994
nhoogstraten@pecklaw.com

Attorney of Record for Titan Stone, Tile & Masonry of Florida, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL.,         ) | |
|                             ) | |
|          Plaintiffs,        ) | |
|                             ) | |
|   v.                        ) | Case No. 07-cv-01846 RMC |
|                             ) | |
| TITAN STONE, TILE & MASONRY, INC., ET AL.,   ) | |
|                             ) | |
|          Defendants.        ) | |

## **ORDER**

Upon consideration of the Consent Motion to Set Aside Entry of Default as to Titan Stone, Tile & Masonry of Florida, LLC filed by Defendant Titan Stone, Tile & Masonry of Florida, LLC, and it appearing that Plaintiffs consent to the Motion and that good cause exists for granting the Motion, it is this _____ day of _____, 2008 hereby

ORDERED, that the Consent Motion to Set Aside Entry of Default as to Titan Stone, Tile & Masonry of Florida, LLC be, and hereby is, GRANTED; and further

ORDERED, that the Clerk's May 19, 2008 entry of default against Defendant Titan Stone, Tile & Masonry of Florida, LLC is hereby withdrawn.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

cc:    Ira R. Mitzner, Esquire
Dickstein, Shapiro, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403

James E. Rubin, Esquire
The Rubin Employment Law Firm, P.C.
11 North Washington Street
Suite 520
Rockville, MD 20850

Angelo R. Bianchi, Equire
Bianchi & Bianchi, LLC
80 Orchard Street
Bloomfield, N.J. 07003

Nick R. Hoogstraten, Esquire
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036

Katherine E. Bierma Pregel, Esquire
Littler Mendelson, P.C.
1150 17th Street, N.W., Suite 900
Washington, D.C. 20036

Bryan M. Churgin, Esquire
Russell J. McEwan, Esquire
Littler Mendelson, P.C.
One Newark Center, 8th Floor
Newark, N.J. 07102