IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3[1]

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs, John Flynn, et al., and Defendants, Titan Stone, Tile & Masonry, Inc. and Titan Stone, Tile & Masonry of Florida, LLC, jointly submit the following report:

1. The parties believe that all or part of this case may be resolved by dispositive motions following the completion of factual discovery.

2. The parties believe that any motion to amend the pleadings or join any other party should be filed within 30 days of the date of the Court's pre-trial scheduling order. The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed during discovery.

3. The parties do not wish to have this case referred to a Magistrate Judge.

---

[1] On May 5, 2008 Plaintiffs and two Defendants - Titan Interiors, LLC and Titan Stone & Tile of Nevada, LLC - filed a Joint Report Under Local Civil Rule 16.3 in this action. The present 16.3 Report is being filed as to the other two Defendants - Titan Stone, Tile & Masonry, Inc. and Titan Stone, Tile & Masonry of Florida, LLC - pursuant to the Court's orders of June 12, 2008 and June 17, 2008. The remaining Defendant - Titan Exterior Wall Systems, Inc. – has never appeared nor answered the complaint. The dates set forth in this 16.3 Report correspond to the dates set by the Court as to the other Defendants that have appeared.

2466373

4. The parties believe that there is a possibility that the case can be settled.

5. Counsel have discussed alternative dispute resolution with their clients. Plaintiffs and Titan Stone, Tile & Masonry, Inc. do not wish to participate in alternative dispute resolution procedures at this time. Titan Stone, Tile & Masonry of Florida, LLC wishes to participate in alternative dispute resolution procedures at this time.

6. The parties believe that all or part of the case may be resolved by summary judgment. The parties propose the following motion briefing schedule: Dispositive motions should be filed within 30 days of the close of fact discovery; opposing memoranda, if any, should be filed within 30 days thereafter; and reply briefs, if any, should be filed within 15 days thereafter.

7. The parties wish to dispense with the service of initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8. The parties believe that fact discovery is required. The parties believe that a discovery end date of December 18, 2008 is appropriate for this case based upon the number of parties involved and legal and factual issues raised by the Complaint.

9. The parties do not anticipate at this time the need to retain any expert witnesses in this case. However, the parties reserve the right to name and/or rely upon expert witnesses at a later date if need arises.

10. Not applicable (as to class actions).

11. The parties agree that it is unnecessary to bifurcate or manage in phases the discovery or trial phase of this case.

12. The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

2466373

13. The parties agree that the Court should set a firm trial date at the pretrial conference.

14. The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated: July 7, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

By: _____/s_____
James Edward Rubin, DC Bar No. 456945
THE RUBIN EMPLOYMENT LAW FIRM, PC
11 North Washington Street
Suite 520
Rockville, MD 20850
T: (301) 760-7914
F: (301) 760-7234

Attorneys for Defendant
Titan Stone, Tile & Masonry, Inc.

By: _____/s_____
Nick R. Hoogstraten, DC Bar No. 413045
PECKAR & ABRAMSON, P.C.
Two Lafayette Centre
1133 21st Street, NW
Suite 500
Washington, DC 20036
T: (202) 293-8815
F: (202) 293-7994

Attorneys for Defendants
Titan Stone, Tile & Masonry of Florida, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 07-1846 (RMC) |
| | ) |
| TITAN STONE, TILE & MASONRY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Any other parties shall be joined or the pleadings amended within 30 days of the issuance of the Court's scheduling order. Discovery will be permitted until December 18, 2008. Dispositive motions shall be filed within 30 days of the close of fact discovery; opposing memoranda shall be filed within 30 days thereafter; and reply briefs shall be filed within 15 days thereafter.

**SO ORDERED**, this _____ day of _____, 2008.

_____
United States District Judge
Rosemary C. Collyer

2466366

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Joint Report Under Local Civil Rule 16.3 and Local Rule 7(K) Statement, to be served by first-class mail, this 7th day of July, 2008, upon:

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Katherine E. Bierma Pregel
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

TITAN INTERIORS, LLC, and
TITAN STONE & TILE OF NEVADA, LLC
c/o Russell J. McEwan (admitted *pro hac vice*)
Bryan M. Churgin (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102-5311

TITAN STONE, TILE & MASONRY, INC.
c/o Angelo R. Bianchi, Esquire
BIANCHI & BIANCHI, LLC
80 Orchard Street
Bloomfield, NJ 07003

TITAN STONE, TILE & MASONRY, INC.
c/o James Edward Rubin, Esquire
THE RUBIN EMPLOYMENT LAW FIRM, PC
11 North Washington Street
Suite 520
Rockville, MD 20850

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Melinda S. Gentile, Esquire
Peckar & Abramson
401 East Los Olas Blvd.
Suite #1600
Fort Lauderdale, FL 33301

TITAN STONE, TILE & MASONRY OF FLORIDA, LLC
c/o Nick R. Hoogstraten, Esquire
PECKAR & ABRAMSON, P.C.
Two Lafayette Centre
1133 21st Street, NW
Suite 500

_____
Chanda Morgan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TITAN STONE, TILE & MASONRY, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 07-1846 (RMC) |

## LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esquire
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403

Katherine E. Bierma Pregel, Esquire
LITTLER MENDELSON, P.C.
1150 17th Street, NW
Suite 900
Washington, DC 20036

Bryan M. Churgin, Esquire
Russell J. McEwan, Esquire
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102

TITAN EXTERIOR WALL SYSTEMS, INC.
70 Supor Boulevard, Building C
Harrison, NJ 07029

2466458

Nick R. Hoogstraten, Esquire
PECKAR & ABRAMSON, P.C.
Two Lafayette Centre
1133 21st Street, NW
Suite 500

Angelo R. Bianchi, Esquire
BIANCHI & BIANCHI, LLC
80 Orchard Street
Bloomfield, NJ 07003

James Edward Rubin, Esquire
THE RUBIN EMPLOYMENT LAW FIRM, PC
11 North Washington Street
Suite 520
Rockville, MD 20850