UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1846 (RMC) |
| ) | |
| TITAN STONE, TILE & MASONRY, ) | |
| INC., ) | |
| Defendants. ) | |

## ORDER

Plaintiffs filed a complaint in this matter on October 12, 2007. The record reflects that Defendant Titan Exterior Wall Systems, Inc. was served with a summons and copy of the complaint on October 12, 2007. Defendant has failed to appear, plead, or otherwise defend Plaintiffs' complaint as provided by the Federal Rules of Civil Procedure. As a result, the Clerk of this Court entered default against Defendant Titan Exterior Wall Systems, Inc. *See* Dkt. # 14. On July 14, 2008, Plaintiffs filed a motion for entry of default judgment. *See* Dkt. # 30. Accordingly, it is hereby

**ORDERED** that Defendant Titan Exterior Wall Systems, Inc. shall **SHOW CAUSE** in writing, no later than September 12, 2008, why the Court should not grant Plaintiffs' motion for default judgment.

**SO ORDERED**.

Date: August 12, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge